BC

FILED MAM
4/29/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

Eric E. ,Bernard,

Plaintiff,

Vs.     Case No:   24-cv-50097

Monica Carpenter,

Cecilia Grossman,

Halie Decrane,

Witney Wilson,

Joseph Bonnell,

CNA Jackie Hull,

CNA Jefferson,

CNA Morello/Rodriguez,

CNA Carrasco,

CNA Hoffman,

CNA Barnell,

CNA Carla,

CNA Garcia,

CNA Lopez,

1

CNA Supervisor Cook,

CNA Amanda Irick,

Nurse Forbes,

Nurse Emmons,

Nurse K. Engel,

Nurse Quincy Kimble,

Nurse Susan Tuell,

Defendants.

**CHECK ONE ONLY: AMENDED COMPLAINT**

   **X**    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
          **U.S. Code** (state, county, or municipal defendants)

        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

        **OTHER** (cite statute, if known)

**I. Plaintiff(s):**

    A. Name: Eric E. **Bernard**

    B. List all aliases: Terrell King

    C. Prisoner identification number: R25398

    D. Place of present confinement: No longer in prison

    E. Address: 2055 W. Balmoral Ave

          Chicago, IL 60651

**II. Defendant(s):**

    A. Defendant: Monica Carpenter

        Title: Registered Nurse

        Place of Employment: Dixon Correctional Center

    B. Defendant: Cecelia Grossman

        Title: Certified Nurse Assistant

        Place of Employment: Dixon Correctional Center

    C. Defendant: Halie Decrane

        Title: Certified Nurse Assistant

        Place of Employment: Dixon Correctional Center

    D. Defendant: Whitney Wilson

        Title: Certified Nurse Assistant

        Place of employment: Dixon Correctional Center

    E. Defendant: Joseph Bonnell

        Title: Certified Nurse Assistant

        Place of employment: Dixon Correctional Center

    F. Defendant: Jackie Hull

        Title: Certified Nurse Assistant

        Place of employment: Dixon Correctional Center

    G. Defendant: CNA Jefferson

        Title: Certified Nurse Assistant

        Place of employment: Dixon Correctional Center

    H. Defendant: CNA Morello/Rodriguez

  Title: Certified Nurse Assistant

  Place of employment: Dixon Correctional Center

I. Defendant: CNA Carrasco

  Title: Certified Nurse Assistant

  Place of employment: Dixon Correctional Center

J. Defendant: CNA Hoffman

  Title: Certified Nurse Assistant

  Place of employment: Dixon Correctional Center

K. Defendant: CNA Barnell

  Title: Certified Nurse Assistant

  Place of employment: Dixon Correctional Center

L. Defendant: CNA Carla

  Title: Certified Nurse Assistant

  Place of employment: Dixon Correctional Center

M. Defendant: CNA Garcia

  Title: Certified Nurse Assistant

  Place of employment: Dixon Correctional Center

N. Defendant: CNA Ms. Lopez

  Title: Certified Nurse Assistant

  Place of employment: Dixon Correctional Center

O. Defendant: CNA Supervisor Cook

  Title: Certified Nurse Assistant

  Place of employment: Dixon Correctional Center

P. Defendant: CNA Amanda Irick

    Title: Certified Nurse Assistant

    Place of employment: Dixon Correctional Center

Q. Defendant: Nurse Forbes

    Title: Registered Nurse

    Place of employment: Dixon Correctional Center

R. Defendant: Nurse Emmons

    Title: Registered Nurse

    Place of employment: Dixon Correctional Center

S. Defendant: Nurse Quincy Kimble

    Title: Registered Nurse

    Place of employment: Dixon Correctional Center

T. Nurse K. Engel

    Title: Registered Nurse

    Place of employment: Dixon Correctional Center

U. Defendant: Nurse Susan Tuell

    Title: Registered Nurse

    Place of employment: Dixon Correctional

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

| Case | Docket No. | Court | Date Filed | Nature of Claim | Disposition |
|---|---|---|---|---|---|
| *Bernard v. Presley et al* | 3:24-cv-50135 | N.D. Ill. | April 5, 2024 | Prisoner – Civil Rights | Open |
| *Bernard v. Carpenter et al* | 3:24-cv-50097 | N.D. Ill. | March 12, 2024 | Prisoner – Civil Rights | Open |
| *Bernard v Williams et al* | 3:23-cv-50285 | N.D. Ill. | August 1, 2023 | Prisoner – Civil Rights | Open |
| *Bernard v Dalke et al* | 3:23-cv-50269 | N.D. Ill. | July 19, 2023 | Prisoner – Civil Rights | Open |
| *Bernard v Tack et al* | 3:23-cv-50130 | N.D. Ill. | April 17, 2023 | Prisoner – Civil Rights | Open |
| *Eric Bernard v Cecelia Grossman, et al* | 23-1366 | 7th Cir. | February 24, 2023 | Prison Condition | Closed |
| *Eric Bernard v Cecelia Grossman, et al* | 23-1177 | 7th Cir. | January 27, 2023 | Prison Condition | Closed |
| *Bernard v Cassidy et al* | 3:22-cv-50025 | N.D. Ill. | January 31, 2022 | Prisoner – Civil Rights | Closed |
| *Bernard v Wilks et al* | 3:22-cv-50026 | N.D. Ill. | January 31, 2022 | Prisoner – Civil Rights | Closed |
| *Bernard v Illinois Department of Correction et al* | 3:21-cv-50124 | N.D. Ill. | March 18, 2021 | Prisoner – Civil Rights | Open |
| *Bernard v Jeffreys et al* | 3:21-cv-50109 | N.D. Ill. | March 9, 2021 | Prisoner – Civil Rights | Closed |
| *Bernard v Jeffreys et al* | 3:21-cv-50089 | N.D. Ill. | February 26, 2021 | Prisoner – Civil Rights | Closed |
| *Eric Bernard v Roger Scott, et al* | 20-3453 | 7th Cir. | December 16, 2020 | Prison Condition | Closed |
| *Bernard v Illinois Department of Corrections et al* | 3:20-cv-50413 | N.D. Ill. | October 26, 2020 | Prisoner – Civil Rights | Open |
| *Bernard v Illinois Department of Corrections et al* | 3:20-cv-50412 | N.D. Ill. | October 26, 2020 | Prisoner – Civil Rights | Open |
| *Bernard v Hart et al* | 1:20-cv-1367 | C.D. Ill. | October 26, 2020 | Prisoner – Other | Open |
| *Bernard v Schwab Rehabilitation Hospital et al* | 1:20-cv-5373 | N.D. Ill. | September 10, 2020 | Prisoner – Civil Rights | Closed |

6

| Case | Docket No. | Court | Date Filed | Nature of Claim | Disposition |
|---|---|---|---|---|---|
| *Bernard v Schwab Rehabilitation Hospital et al* | 1:20-cv-5355 | N.D. Ill. | September 10, 2020 | Prisoner – Civil Rights | Closed |
| *Bernard v Illinois Department of Correction et al* | 1:20-cv-5383 | N.D. Ill. | September 10, 2020 | Prisoner – Civil Rights | Open |
| *Bernard v Illinois Department of Correction et al* | 1:20-cv-5368 | N.D. Ill. | September 10, 2020 | Prisoner – Civil Rights | Open |
| *Bernard v Illinois Department of Correction et al* | 1:20-cv-5343 | N.D. Ill. | September 10, 2020 | Prisoner – Civil Rights | Closed |
| *Bernard v Illinois Department of Correction et al* | 1:20-cv-5382 | N.D. Ill. | September 10, 2020 | Prisoner – Civil Rights | Closed |
| *Bernard v Illinois Department of Correction et al* | 1:20-cv-5345 | N.D. Ill. | September 10, 2020 | Prisoner – Civil Rights | Closed |
| *Bernard v Illinois Department of Correction et al* | 1:20-cv-5361 | N.D. Ill. | September 10, 2020 | Prisoner – Civil Rights | Closed |
| *Bernard v Illinois Department of Correction et al* | 1:20-cv-5371 | N.D. Ill. | September 10, 2020 | Prisoner – Civil Rights | Closed |
| *Bernard v Illinois Department of Correction et al* | 1:20-cv-5350 | N.D. Ill. | September 10, 2020 | Prisoner – Civil Rights | Open |
| *Bernard v Illinois Department of Correction et al* | 1:20-cv-5344 | N.D. Ill. | September 3, 2020 | Prisoner – Civil Rights | Open |
| *Bernard v Illinois Department of Correction et al* | 1:20-cv-5349 | N.D. Ill. | September 3, 2020 | Prisoner – Civil Rights | Closed |
| *Bernard v Illinois Department of Correction et al* | 1:20-cv-5341 | N.D. Ill. | September 3, 2020 | Prisoner – Other | Open |
| *Bernard v Casteel et al* | 1:19-cv-1001 | C.D. Ill. | January 2, 2019 | Prisoner – Civil Rights | Closed |
| *Bernard v Casteel et al* | 3:18-cv-50381 | N.D. Ill. | November 30, 2018 | Prisoner – Civil Rights | Closed |
| *Bernard v Hart et al* | 1:18-cv-1333 | C.D. Ill. | September 14, 2018 | Prisoner – Other | Open |
| *Bernard v Scott et al* | 3:15-cv-50277 | N.D. Ill. | October 23, 2015 | Prisoner – Civil Rights | Closed |

**Please note that the Plaintiff does not have all documentation in his possession.; It is possible that more exists. If the plaintiff locates additional documentation, he will notify the court regarding any other cases for which he currently does not have access to.**

7

**IV. Statement of Claim:**

1. Plaintiff Eric E. Bernard is a former prisoner who was recently released on December 18, 2024, from the Illinois Department of Corrections Dixon Correctional Center on a Medical Release.

2. Plaintiff is currently in a nursing home in Chicago, Illinois.

3. In compliance with this Court's Orders in Case Numbers; 20-cv-50412, 20-cv-50413 Plaintiff brings a single Claim of Retaliation concerning ongoing violations that occurred for the past two years of this lawsuit and up until his release. This Claim is against the same Defendants/individuals.

4. In March 2019 while in the IDOC custody Plaintiff suffered from a Stroke in which resulted with him being physically and medically impaired and requiring full care of Medical Assistance for his basic needs such as eating, drinking, bathing, grooming, clothing, toileting.

5. Plaintiff is confined to the bed and Geriatric chair and is transported by Ambulance on a stretcher whenever he leaves the facility.

6. Plaintiff is Hoyer Lift bound whenever he is moved from or to the bed, bathtub, Geriatric Chair, stretcher etc.

7. Plaintiff has orders to receive daily Range Of Motion to prevent contractures, stiffness, muscle pain, and nerve pain.

8. Plaintiff has Medical Orders that if he's in his Geriatric Chair that he be put in his medical bed every night.

9. Plaintiff has a Medical Order for a Medical Donut to be placed under his buttocks for bed sores and pain.

10. Plaintiff has Medical Orders for Medicated Creams to be put on his private areas for bed sores, rashes, and fungus.

11. Plaintiff has Orders for Daily Dressing Changes for wounds on his body for infections.

12. IDOC policies at Dixon Correctional Center permit prisoners in the general population to take daily showers while the dayroom is open. The policies also provide for daily access to the dayroom from 8:00 a.m. to 2:30 p.m., and again from 4:15 p.m. to 9:30 p.m. The plaintiff was housed in the general population.

13. Dixon Correctional Center, under IDOC, offers a program that trains prisoners to assist individuals in wheelchairs; however, no comparable training program exists for the use or handling of geriatric chairs.

14. Plaintiff has an Order for a Condom Catheter.

15. Plaintiff can't cut his own nails and relies on his caretakers to do it.

16. When using the geriatric chair, the plaintiff requires assistance to be transported to the dayroom, shower or bathtub, legal calls, visiting area, and all other locations within the facility.

17. Due to his disabilities, the Plaintiff is unable to perform the tasks outlined above independently and is therefore assigned caretakers to assist him.

18. Plaintiff's Caretakers for the past two years of filing date this lawsuit had been Defendants Carpenter, Grossman, Decrane, Wilson, Bonnell, Hull, Jefferson, Morello/Rodriguez, Carrasco, Hoffman, Barnell, Carla, Garcia, Lopez, Cook, Irick, Forbes, Emmons, Kimble, Tuell, who were responsible for assisting Plaintiff with eating, drinking, toileting, bathing, clothing, grooming assisting with Catheter, pushing Plaintiff to dayroom and other areas in the facility.

19. From the years leading up to the filing of this lawsuit through the date of his release, the plaintiff filed over one hundred grievances against the defendants for staff misconduct and violations of his rights under the ADA and RA. The plaintiff also initiated multiple lawsuits against several of these defendants and their staff.

20. As a direct result of Plaintiff's filing date of these Grievances and lawsuits against these Defendants and their staff, these Defendants informed Plaintiff that they are not going to give him care and are going to fuck him up and beat his ass any chance they get for filing lawsuits and grievances. Defendants Monica Carpenter, Cecelia Grossman, Halie Decrane, Whitney Wilson, Joseph Bonnell, Jackie Hull, CNA Jefferson, CNA Morello/Rodriguez, CNA Carrasco, CNA Hoffman, CNA Barnell, CNA Carla, CNA Garcia, CNA Lopez, CNA Cook, CNA Amanda Irick, Nurse Forbes, Nurse Emmons, Nurse K. Engel, Nurse Susan Tuel, Nurse Quincy Kimble in this case began retaliating against Plaintiff by denying Plaintiff assistance, this has been ongoing abuse and deprivation that dates in January 2022, February 2022, March 2022, April 2022, May 2022, June 2022, July 2022, August 2022, September 2022, October 2022, November 2022, December 2022, January 2023, February 2023, March 2023, April 2023, May 2023, June 2023, July 2023, August 2023, September 2023, October 2023, November 2023, December 2023, January 2024, February 2024, March 2024, April 2024, May 2024, June 2024, July 2024, August 2024, September 2024, October 2024, November 2024, December 2024.

21. All Defendants (Monica Carpenter, Cecelia Grossman, Halie Decrane, Whitney Wilson, Joseph Bonnell, Jackie Hull, CNA Jefferson, CNA Morello/Rodriguez, CNA Carrasco, CNA Hoffman, CNA Barnell, CNA Carla, CNA Garcia, CNA Lopez, CNA Cook, CNA Amanda Irick, Nurse Forbes, Nurse Emmons, Nurse K. Engel, Nurse Susan Tuel, Nurse Quincy Kimble) for the past two years of the filing of this lawsuit from January 1, 2022 up until the time that Plaintiff was released every week of the month and month of the

9

year Defendants would leave him sitting in his own urine and feces for days, not giving him shower/baths for days and when they did give Plaintiff baths they refused to assist him with bathing, not giving him dressing change for his wounds, not applying Plaintiff's Daily Medicated Cream to his affected areas which worsen, refused to give Plaintiff his Daily Range Of Motion for days and when the times they did do the Range Of Motion they would twist Plaintiff's limbs in an attempt to break or injure Plaintiff leaving him with swollen limbs and bruises, these Defendants physically assaulted Plaintiff leaving him with injuries to his body. Plaintiff has always been in a cell by himself but some time in July 2023 and August 2023 these Defendants conspired together and had Plaintiff moved into another cell with another prisoner "William Malone" who was an alleged convicted Serial Rapist, these Defendants tried to force Plaintiff to assault Mr. Williams and promised Plaintiff that they will stop abusing Plaintiff if he would assault Mr. Malone and a CNA but Plaintiff said no and he was assaulted and moved back to his original cell (several other staff intervened, Incident Reports were written and they filed complaints against these Defendants and that was followed by an investigation that resulted in Disciplinary actions). To degrade and dehumanize Plaintiff at the times that Plaintiff was naked these Defendants will expose to other prisoners and other staff and this has been an ongoing issue every week and month two years to the prior to the filing date of this complaint and up until Plaintiff's release.

## CLAIM #1

**Retaliation Under The 1st Amendment of the United States Constitution Against Defendants Monica Carpenter, Cecelia Grossman, Halie Decrane, Whitney Wilson, Joseph Bonnell, Jackie Hull, CNA Jefferson, CNA Morello/Rodriguez, CNA Carrasco, CNA Hoffman, CNA Barnell, CNA Carla, CNA Garcia, CNA Lopez, CNA Cook, CNA Amanda Irick, Nurse Forbes, Nurse Emmons, Nurse K. Engel, Nurse Susan Tuel, Nurse Quincy Kimble.**

Plaintiff Incorporates and realleges the facts as stated in this Complaint.

Under the 1st Amendment of the U.S. Constitution Plaintiff has a right to file Grievances and Lawsuits against Prison staff and be free from Retaliation from any prison staff just because he had filed Grievances and Lawsuits against those staff.

In this case Plaintiff has filed over 200 Grievances against Defendants and this Court is aware of the Lawsuits that Plaintiff has filed against these Defendants, Monica Carpenter, Cecelia Grossman, Halie Decrane, Whitney Wilson, Joseph Bonnell, Jackie Hull, CNA Jefferson, CNA Morello/Rodriguez, CNA Carrasco, CNA Hoffman, CNA Barnell, CNA Carla, CNA Garcia, CNA Lopez, CNA Cook, CNA Amanda Irick, Nurse Forbes, Nurse Emmons, Nurse K. Engel, Nurse Susan Tuel, Nurse Quincy Kimble and other Dixon staff.

The motivating factors for Defendants denying Plaintiff Medical Assistance and subjecting him to abuse was based solely on the fact that had filed grievances against them.

10

The Defendants admitted to Plaintiff and other witnesses that the reason why they were denying Plaintiff care, assaulting him and abusing him was because Plaintiff was filing Grievances and Lawsuits against them.

Throughout the days/weeks/months of January 2022, February 2022, March 2022, April 2022, May 2022, June 2022, July 2022, August 2022, September 2022, October 2022, November 2022, December 2022, January 2023, February 2023, March 2023, April 2023, May 2023, June 2023, July 2023, August 2023, September 2023, October 2023, November 2023, December 2023, January 2024, February 2024, March 2024, April 2024, May 2024, June 2024, July 2024, August 2024, September 2024, October 2024, November 2024, December 2024 Defendants Monica Carpenter, Cecelia Grossman, Halie Decrane, Whitney Wilson, Joseph Bonnell, Jackie Hull, CNA Jefferson, CNA Morello/Rodriguez,CNA Carrasco, CNA Hoffman, CNA Barnell, CNA Carla, CNA Garcia, CNA Lopez, CNA Cook, CNA Amanda Irick, Nurse Forbes, Nurse Emmons, Nurse K. Engel, Nurse Susan Tuel, Nurse Quincy Kimble left Plaintiff in his feces and his urine for days, denying him baths for days, and not assisting him with bathing when he does get a bath, refusing to assist with pulling and pushing his geri chair during out of cell time, leaving him with rashes and open sores which led to him needing medicated cream for those rashes and sores, these Defendants denied assistance with the medicated creams that was ordered by the Doctor, all of these Defendants left him in the geri chair and refused to move him at nighttime to put him in the bed, which led to sores. A medical donut was ordered to be put under him every two hours, but these Defendants did not rotate him every two hours or place the donut under him leaving him in extreme pain. These Defendants refused to give Plaintiff his Ordered daily Range of Motion, causing the Plaintiff limbs to be stiff, with physical deterioration that hindered possibility of recovering in the future. These Defendants physically assaulted Plaintiff and verbally abused Plaintiff by calling him a Nigger and other derogatory names. These Defendants refused to assist Plaintiff with eating, by not assisting him during meals, which led to Plaintiff not being able to eat his meals because he did not have the assistance to eat them.

Defendants Monica Carpenter, Cecelia Grossman, Halie Decrane, Whitney Wilson, Joseph Bonnell, Jackie Hull, CNA Jefferson, CNA Morello/Rodriguez, CNA Carrasco, CNA Hoffman, CNA Barnell, CNA Carla, CNA Garcia, CNA Lopez, CNA Cook, CNA Amanda Irick, Nurse Forbes, Nurse Emmons, Nurse K. Engel, Nurse Susan Tuel, Nurse Quincy Kimble violated Plaintiff's rights under the 1st Amendment of the US Constitution by engaging in Retaliation against Plaintiff which was in violation of the 8th Amendment US Constitution.

**V. Relief:**

Plaintiff seeks Monetary damages of $5 million, punitive damages, and other damages as this Court deems appropriate.

VI. The plaintiff demands that the case be tried by a jury.   **YES.**

11

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 29th day of April, 2025

/s/ Eric E. Bernard

Eric E. Bernard

2055 W. Balmoral Ave.
Chicago, IL 60625